UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | Cr No. 95-008 T |
| STERLING WASHINGTON | : | |

MOTION TO DETERMINE VIOLATION

______NOW comes the defendant, Sterling Washington, and moves that the court order him to brought before the United States District Court so that he can resolve a pending supervised release violation.

STERLING WASHINGTON,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I certify that I caused a copy of the within to be served upon Gerard B. Sullivan, AUSA by way of ECF case filing on the 19th day of June, 2008.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 95-008 T

STERLING WASHINGTON :

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO DETERMINE VIOLATION

______The defendant, Sterling Washington, has moved that this court order him to brought before the United States District Court so that he can resolve a pending supervised release violation.

Mr. Washington is currently serving a ten (10) year State of Rhode Island sentence that was imposed on June 1, 2004. Mr. Washington's supervised release in the instant case was violated as a result of that conviction. A federal supervised release violation detainer was lodged at the Rhode Island Department of Corrections in January of 2005. The existence of this unresolved detainer prevents the defendant from moving through the Rhode Island correctional system as the detainer makes him ineligible for certain programs and security classifications. The defendant is willing to admit to the violation that is before this court.

STERLING WASHINGTON,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I certify that I caused a copy of the within to be served upon Gerard B. Sullivan, AUSA by way of ECF case filing on the 19th day of June, 2008.

/s/ Edward C. Roy, Esquire