IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 95-008T |
| | : | |
| STERLING WASHINGTON | : | |

**GOVERNMENT'S RESPONSE TO**
**DEFENDANT'S MOTION TO DETERMINE VIOLATION**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Andrew J. Reich, Assistant United States Attorney, and hereby responds to the Defendant's Motion to Determine Violation as follows:

The government does not object to the defendant's motion to determine violation.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ ANDREW J. REICH
ANDREW J. REICH
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email andrew.reich@usdoj.gov

CERTIFICATION OF SERVICE

On this 18th day of August, 2008, I caused the within Government's Response to Defendant's Motion to Determine Violation to be filed electronically and it is available for viewing and downloading from the ECF system.

Edward C. Roy, Esq.
Federal Defender's Office
10 Weybosset St.
Suite 300
Providence, RI 02903

/s/ ANDREW J. REICH
ANDREW J. REICH
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email andrew.reich@usdoj.gov