AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

**EXHIBIT AND WITNESS LIST**

V.

Sterling Washington

Case Number: CR95-08-01T.

| PRESIDING JUDGE Almond | PLAINTIFF'S ATTORNEY Reich | DEFENDANT'S ATTORNEY Roy |
|---|---|---|
| TRIAL DATE (S) 8-28-08 | COURT REPORTER FTR | COURTROOM DEPUTY J. Noel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 8-28 | ✓ | ✓ | Spectrum packet. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.